# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
## Eastern Division

Luxottica USA LLC

                            Plaintiff,

v.

Partnerships and Unincorporated Associations Identified on Schedule "A", The, et al.

                            Defendant.

Case No.: 1:13−cv−04429

Honorable Gary Feinerman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 20, 2013:

    MINUTE entry before Honorable John Z. Lee: For the reasons stated on the record, Plaintiff's ex parte motion for entry of a (1) temporary restraining order, (2) domain name transfer order, (3) asset restraining order, (4) expedited discovery order, and (5) service of process by email and electronic publication order [6] is granted. Plaintiff's motion to exceed page limitations [7] is granted. Plaintiff's motion for leave to file under seal [8] is granted. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.